UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-02679-Torres

UNITED STATES OF AMERICA

v.

ALEXANDRE OVADIA,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No.

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  /s/ Altanese Phenelus
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
altanese.phenelus@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEXANDRE OVADIA | ) | Case No. 24-MJ-02679-Torres |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 26, 2023-March 22, 2024 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A | Cyberstalking |
| 18 U.S.C. § 875(c) | Issuing a Threat to Injure in Interstate Commerce |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

Complainant's signature ID#101219

Devin Oliver, Special Agent, FBI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone

Date: April 10, 2024

Judge's signature

City and state: Miami, Florida

Hon. Edwin G. Torres, United States Chief Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Devin Oliver, being first duly sworn, do hereby attest and affirm the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, currently assigned to the Joint Terrorism Task Force of the FBI Miami Field Division. I have been a Special Agent with the FBI since April 2022. Pursuant to Section 2510(7) of Title 18, United States Code, I am authorized to conduct investigations of and make arrests for violations of Title 18 of the United State Code. I am also authorized to apply for, and execute, search warrants and arrest warrants. Among my duties as a Special Agent, I am responsible for the investigation of a variety of violations of federal laws related directly to threats to life and stalking.

2. This Affidavit is being submitted for the limited purpose of establishing probable cause that **ALEXANDRE OVADIA** ("**OVADIA**") has violated Title 18, United States Code, Sections 2261A (Cyberstalking) and 875(c) (Issuing a Threat to Injure in Interstate or Foreign Commerce).

3. This Affidavit is based upon my personal knowledge of the events set forth herein, as well as information provided to me by other law enforcement personnel and other sources of information. As such, I have not included every fact known by me or other law enforcement personnel concerning this investigation.

## PROBABLE CAUSE

4. On February 19, 2023, an individual by the name "R.M." contacted the FBI to report the receipt of threatening communications from **OVADIA** using email accounts alexandreovadia@gmail.com and holmesdash9@gmail.com.

5. The threats began on January 26, 2023. However, since May 2019, before the threatening communications began, R.M., **OVADIA**'s former business partner, received email communications from **OVADIA** at alexandreovadia@gmail.com.

6. R.M. sent law enforcement the threatening emails which revealed that since August 2023, **OVADIA** has also threatened and harassed his father, "R.O.", his brother, "G.O.", and his former associate, "M.K.", utilizing the following email accounts: alexandreovadia@gmail.com ("ACCOUNT 1"); gamilamigl@gmail.com ("ACCOUNT 2"); holmesdash9@gmail.com ("ACCOUNT 3"); and bobshiski@gmail.com ("ACCOUNT 4"), (collectively, the "ACCOUNTS")

7. The investigation has revealed that from November 2022 to March 22, 2024, **OVADIA** has sent 217 threatening and harassing messages from the ACCOUNTS.

8. Emails from the ACCOUNTS have been directed at the same victims—all of whom reside in Florida—and the threats from the ACCOUNTS are all very similar.

9. Although not exhaustive, examples of the threatening emails include the following:

   a. On February 19, 2023, **OVADIA** sent R.M. an email from ACCOUNT 1. The subject line of that email stated, "I AM GOING TO KILL YOU." In the body of the email, **OVADIA** wrote, "YOU FUCKING PEDOPHILE FAGGIOTO // KEEP TROLLIN // YOU HAVE FRONT ROW SEATS," with the "//" represent line breaks. At the time that **OVADIA** sent this threat, he was located in Keystone, Colorado, and R.M. was located in Miami, Florida.

   b. On June 7, 2023, **OVADIA** sent R.M. an email from ACCOUNT 2. The subject line of that email stated, "Re: IM GOING TO DRILL HOLES THROUGH YOUR SKULL" and, in the body of the email, **OVADIA** wrote "YOU AINT IMPORTNT TWO DOLLARS SIDE HOE // =div> // IM GOING TO EAT YOUR FACE". At the time that **OVADIA** sent this threat, he was located in Breckenridge, Colorado, and R.M. was located in Miami, Florida.

   c. On June 7, 2023, **OVADIA** sent R.M. an email from ACCOUNT 3. The subject line of that email stated, "Re: YOURE MY BITCH" and, in the body of the email, **OVADIA** wrote "YOURE GOING TO BE SO SLOWLY BEATEN AND TORTUTRED1/2A0SO FUCKING SLOWLY ROBERT // YOURE GOING TO BE GASPING F=R AIR // B EGGING // LIKE THE BITCH YOU ARE WILL I

BAVE YOU BEG". At the time that **OVADIA** sent this threat, he was located in Breckenridge, Colorado, and R.M. was located in Miami, Florida.

d. On November 11, 2023, **OVADIA** sent R.M. and R.O. an email from ACCOUNT 4. The subject line of that email stated, "You im gojng to kill" and, in the body of the email, **OVADIA** wrote, "Bleed rape you dead and then feed to ur faggots dogs whos dicks u suck // Lmao // Im going to fuck you dead in a grave // Until theres no mention of ur name // You and everyone you think cares abouyt yyou // Ur mother // Watch her wake up coughimg blood from getting nigger fucked to death befote you // Bottom boy im going to video of all ynis and send it to all ur contacts in ur phome // Ur gpkmg to get fucked dead skippy // Tic tocfamous // [R.M.] local miami gay found in pieces in biscayne bay //  Police have no suspects (I bought tjem lol) // Ur going to getfuckeddead". At the time that **OVADIA** sent this threat, he was located in Tel Aviv, Israel, and R.M. was located in Miami, Florida.

e. On February 19, 2024, **OVADIA** sent R.M. an email from ACCOUNT 1. The body of the email stated, "I'm going to kill you // ahahahHJJHHHahahhHHHHJ guess who hasn't moved from that shack in Normandy // AGHHH guess who still lives in that revitz apt // Ahhahahah // Ur movements I have u logged // Looks like u don't make ur decisions // Ur just a pawn".  At the time that **OVADIA** sent this threat, R.M. was located in Miami, Florida.

### *Identifying OVADIA*

10. Law enforcement issued grand jury subpoenas to determine subscriber information and other identifiers of the ACCOUNTS.

11. Law enforcement served a subpoena on Google and obtained subscriber information for ACCOUNT 1. Subpoena returns reflect the subscriber to be "Alexandre Ovadia" and the recovery email to be "alexandre.ovadia.messages@gmail.com".

12. IP addresses were also returned in connection with ACCOUNT 1. At the time the subpoena was served, the last two IP addresses associated with ACCOUNT 1 indicate the user of ACCOUNT 1 was in the vicinity of Keystone and Breckenridge, Colorado, on July 18, 2023 and July 25, 2023.

13. Records from the Colorado Department of Motor Vehicles also confirm that **OVADIA** had been issued a driver's license in February 2023 with a listed address of 245 Tennis

Club Road, Ste 236, Dillion, CO 80435. Accurint, an advanced open-source database, confirmed this address. Additionally, Summit County Sheriff's Office ("SCSO") incident reports from May 21, 2023, and May 27, 2023, identify **OVADIA** as an employee of 3 Peaks Lodge, 22859 Highway 6, Keystone, Colorado ("3 Peaks Lodge").

14. SCSO arrested **OVADIA** on May 27, 2023, at 3 Peaks Lodge for unrelated charges. **OVADIA** also visited the FBI Denver field office in August 2023 on an unrelated incident.

15. Law enforcement served a subpoena on Google and obtained subscriber information for ACCOUNT 2. Subpoena returns reflect the subscriber to be "Gamil Amigl".

16. Law enforcement determined that "Gamil Amigl" is not a real individual. However, two IP addresses associated with ACCOUNT 2 indicate the user of ACCOUNT 2 was in the vicinity of Breckenridge, Colorado on November 24, 2022, and May 21, 2023. Additionally, ACCOUNT 2 used the same IP address—73.203.53.169—as ACCOUNT 3.

17. Law enforcement served a subpoena on Google and obtained subscriber information for ACCOUNT 3. Subpoena returns reflect the subscriber to be "Dash Holmes". Law enforcement determined that "Dash Holmes" is not a real individual. However, two of the IP addresses associated with ACCOUNT 3 indicate the user of ACCOUNT 3 was in the vicinity of Keystone and Breckenridge, Colorado on February 6, 2023, and March 17, 2023. Additionally, ACCOUNT 3 used the same IP address—73.203.53.169—as ACCOUNT 2.

18. Law enforcement served a subpoena on Comcast Corporation, the service provider to IP address 73.203.53.169, which was used by both ACCOUNT 2 and ACCOUNT 3. Subpoena returns indicate that the owner of the IP address is 3 Peaks Lodge, **OVADIA**'s place of employment.

19. Law enforcement served a subpoena on Google and obtained subscriber information for ACCOUNT 4. Subpoena returns reflect the subscriber to be "Shiski Bob". Law

4

enforcement determined that "Shiski Bob" is not a real individual. However, the recovery phone number associated with ACCOUNT 4 was +972-55-981-6269. This recovery phone number belongs to service provider Partner Israel and Israel's country code is +972. IP addresses provided by Google on the days which ACCOUNT 4 communications were transmitted—between October 31, 2023, and November 13, 2023—indicate that ACCOUNT 4 was active in the vicinity of Ruhama, Israel and Tel Aviv, Israel.

20. An Airlines Reporting Corporation database search revealed that **OVADIA**, traveling with his U.S. passport, landed at Ben Gurion Airport, Tel-Aviv, Israel on September 11, 2023.

21. For several weeks during March and April 2024, **OVADIA** communicated with the U.S. Embassy Jerusalem utilizing ACCOUNT 1 to request and coordinate his return to the United States from Israel.

22. Further, U.S. Embassy Jerusalem had consistent communication with **OVADIA** at phone number +972-55-981-6269, the recovery phone number associated with ACCOUNT 4.

23. On April 7, 2024, U.S. Embassy Jerusalem advised the FBI that **OVADIA** would be landing at Miami International Airport, in Miami, Florida, with a planned final destination to Denver, Colorado on April 9, 2024.

24. On April 9, 2024, the FBI encountered **OVADIA** at the Miami International Airport. **OVADIA** was read his *Miranda* rights, waived his rights, and agreed to speak to law enforcement. In a post-*Miranda* statement, **OVADIA** admitted that he threatened to kill both R.M. and R.O. via email.

25. Law enforcement presented **OVADIA** with several threatening emails from the ACCOUNTS. **OVADIA** initialed several of the threatening emails and admitted to sending the

5

various emails. **OVADIA** also voluntarily produced his laptop to show law enforcement the emails that he sent to the victims.

26. United States Custom and Border Protection ("CBP") also conducted a border search of **OVADIA**'s cellular device. The search revealed ACCOUNT 1 and ACCOUNT 4 on his cellular device, as well as R.M.'s, R.O.'s and G.O.'s email addresses.

*Victim Interviews*

27. Your affiant has interviewed both R.M. and M.K., who have confirmed that they have received the above messages and both are in fear for their lives due to the incessant threatening and harassing emails from **OVADIA**.

**CONCLUSION**

28. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to charge **ALEXANDRE OVADIA** with violations of Title 18, United States Code, Sections 2261A (Cyberstalking) and 875(c) (Issuing a Threat to Injure in Interstate or Foreign Commerce).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
DEVIN OLIVER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P.4.1 by Telephone this 10th day of April 2024.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE

6